**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Northern States Power Company,
a Minnesota Corporation,

Plaintiff,

Civil No. 00-302 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Peco Energy Company,
a Pennsylvania Corporation, *et al.*,

Defendants.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated January 5, 1993, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

February 11, 2000

RICHARD H. KYLE
United States District Judge

FILED FEB 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: February 11, 2000 dl

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-00302 NSP Company v. Peco Energy Company

DOCKET ENTRY

ORDER OF DISQUALIFICATION ( Judge Richard H. Kyle / 2/11/00) Case reassigned to Chief Judge Paul A. Magnuson per Patent List, Case referred to Magistrate Judge Jonathan G. Lebedoff (CASE NUMBER REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-302PAM/JGL) 1pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL