UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Northern States Power Company, a Minnesota corporation,

Plaintiff,

v.

PECO Energy Company, a Pennsylvania corporation,

Defendant.

Civil No. 00-302 (PAM/JGL)

**ORDER**

---

The above-styled action came on for hearing on the motion of Defendant PECO Energy Company for a revised briefing schedule pursuant to Local Rule 7.1. Plaintiff Northern States Power Company opposed the motion. Based upon the submissions of the parties, and all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Defendant shall have until October 10, 2000, to serve any opposition to the Plaintiff's motion for summary judgment. Any reply memorandum from the Plaintiff as well as scheduling oral argument of the motion shall proceed thereafter in accordance with the Local Rules.

Dated: September 13, 2000

Paul A. Magnuson
Chief United States District Judge

::ODMA\PCDOCS\LIB1\614998\1

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________