UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company, a Minnesota Corporation,

Plaintiff,

v.

PECO Energy Company, a Pennsylvania Corporation,

Defendant.

File No. 00-302 PAM/JGL

**ORDER**

This matter came on for hearing before United Stated Magistrate Judge Jonathan G. Lebedoff by telephone conference call on September 21, 2000. Alan G. Carlson, Merchant & Gould P.C., 90 South Seventh Street, Suite 3100, Minneapolis, Minnesota 55402, appeared on behalf of Plaintiff Northern States Power Company ("NSP") and Ronn B. Kreps, Larkin, Hoffman, Daly & Lindgren, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, Minnesota 55431, appeared on behalf of Defendant PECO Energy Company ("PECO").

BASED UPON THE ARGUMENTS OF COUNSEL, the Court hereby enters the following Amended Scheduling Order:

1. NSP shall produce its witnesses to testify in response to Defendant's Rule 30(b)(6) Deposition Notice by October 12, 2000; and

2. PECO shall have until October 31, 2000 to serve any opposition to NSP's motion for summary judgment. Any reply memorandum from NSP as well as scheduling oral argument of the motion shall proceed thereafter in accordance with the Local Rules.

Dated: Sept. 21, 2000

Magistrate Judge Jonathan G. Lebedoff

::ODMA\PCDOCS\LIB1\618402\1

FILED 9-22-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________