UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company, a Minnesota corporation,

Plaintiff,

v.

PECO Energy Company, a Pennsylvania corporation,

Defendant.

File No. 00-302 PAM/JGL

**JOINT STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE**

The parties to the above-referenced matter do hereby stipulate and agree to extend the dates set forth in the Pretrial Schedule, dated April 27, 2000, as follows:

The time period for conducting discovery is extended solely for the following purposes:

1. Defendant shall have the right to take the depositions of Ivan Ross, Wayne Brunetti, Michael Connelly and Dennis Shelton. Defendant shall also be entitled to recall a Rule 30(b)(6) witness if, not earlier than two business days before that witness' testified previously, Defendant received documents that relate to a 30(b)(6) category for which that witness was designed.

2. Plaintiff shall have the right to complete the previously noticed 30(b)(6) depositions of Defendant as specified in the letter of Alan Carlson to John McNulty dated November 27, 2000, and the 30(b)(6) deposition of David Woods regarding documents received by Plaintiff's counsel on November 17, 2000. Plaintiff shall also be entitled to recall a Rule 30(b)(6) witness if, not earlier than two business days before that witness testified previously, Plaintiff received documents that relate to a 30(b)(6) category for which that witness was designated.

FILED DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. Defendant will not object to Plaintiff's efforts to obtain the information called for in its previously served subpoenas of third parties.

4. Plaintiff has served a "30(b)(1)" notice of taking deposition, to which Defendant has objected. Defendant stipulates that it will not argue that the close of discovery in and of itself prevents Plaintiff from taking that deposition, however Defendant reserves the right to make all other objections to that deposition notice.

5. Each party shall prepare and serve preliminary trial witness lists by January 12, 2000, unless the Court orders otherwise. To the extent that any witnesses are identified on said preliminary trial witness lists that were not deposed by the opposing party, the parties agree to make those witnesses available for deposition, even if such depositions would cause a party to take more than six depositions of fact witnesses.

6. If any discovery dispute arises during any of the above-identified depositions, which relates to the deposition, the parties stipulate that a non-dispositive motion relating to the dispute may be brought, if served and filed within ten days after conclusion of the relevant deposition.

Dated: December 21, 2000.

Alan G. Carlson (14801)
Scott W. Johnston (247,558)
Gregory C. Golla (267,892)
MERCHANT & GOULD, P.C.
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402-2215
(612) 332-5300

Attorneys for Plaintiff

Dated: December 21, 2000.

Alan M. Anderson (149500)
Ronn B. Kreps (151142)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

John F. McNulty, Esq.
Mohammad S. Rahman, Esq.
Joseph J. DiDonato, Esq.
PAUL & PAUL
2900 Two Thousand Market Street
Philadelphia, Pennsylvania 19103
(215) 568-4900

Attorneys for Defendant

SO ORDERED:

Paul A. Magnuson
Chief United States District Court Judge

December 22, 2000

::ODMA\PCDOCS\LIB1\635426\1