UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company,
a Minnesota Corporation,

Plaintiff,

v.

PECO Energy Company,
a Pennsylvania Corporation,

Defendant.

Civil Action No. 00-302 (PAM/JGL)

PECO Energy Company,
a Pennsylvania Corporation,

Counterclaim Plaintiff,

v.

Northern States Power Company,
a Minnesota Corporation,

Counterclaim Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a), Fed. R. Civ. P., the above-named parties hereby stipulate, through their undersigned counsel, and it is ordered, that this action, including all claims and counterclaims of Northern States Power Company and PECO Energy Company, be dismissed with prejudice.

FILED APR 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

NORTHERN STATES POWER COMPANY

By its Attorneys,

Dated: 3/30/01

Alan G. Carlson (14801)
Daniel W. McDonald (168,580)
Scott W. Johnston (247,558)
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402-2215
(612) 332-5300

PECO ENERGY COMPANY

By its Attorneys,

Dated: 3/30/01

Alan M. Anderson (149500)
Ronn B. Kreps (151142)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

John F. McNulty
PAUL & PAUL
2900 Two Thousand Market Street
Philadelphia, PA 19101
(215) 568-4900

IT IS SO ORDERED:

Dated: 4/4/01

Paul A. Magnuson
United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company,
a Minnesota Corporation,

Plaintiff,

v.

PECO Energy Company,
a Pennsylvania Corporation,

Defendant.

PECO Energy Company,
a Pennsylvania Corporation,

Counterclaim Plaintiff,

v.

Northern States Power Company,
a Minnesota Corporation,

Counterclaim Defendant.

Civil Action No. 00-302 (PAM/JGL)

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a), Fed. R. Civ. P., the above-named parties hereby stipulate, through their undersigned counsel, that this action, including all claims and counterclaims of Northern States Power Company and PECO Energy Company, be dismissed with prejudice.

NORTHERN STATES POWER COMPANY

By its Attorneys,

Dated: 3/30/01

Alan G. Carlson (14801)
Daniel W. McDonald (168,580)
Scott W. Johnston (247,558)
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402-2215
(612) 332-5300

PECO ENERGY COMPANY

By its Attorneys,

Dated: 3/30/01

Alan M. Anderson (149500)
Ronn B. Kreps (151142)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

John F. McNulty
PAUL & PAUL
2900 Two Thousand Market Street
Philadelphia, PA 19101
(215) 568-4900